ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                                )
                                             )
Assessment & Training Solutions              )        ASBCA Nos. 59289, 59409
  Consulting Corporation                     )
                                             )
Under Contract No. M00264-10-D-0013          )

APPEARANCE FOR THE APPELLANT:         Ira E. Hoffman, Esq.
                                        Offit Kurman, P.A.
                                        Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:       Ronald J. Borro, Esq.
                                        Navy Chief Trial Attorney
                                      Laurie Baird Hurley, Esq.
                                        Associate Counsel
                                        Quantico Area Counsel Office
                                        Quantico, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 6 November 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59289, 59409, Appeals of Assessment & Training Solutions Consulting Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals